UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TECHNICAL SERVICES, INC., ) | |
| ) | Civil Action No. 05-cv-518-JEG-CFB |
| Plaintiff, ) | |
| ) | Judge: James E. Gritzner |
| vs. ) | |
| ) | Magistrate: Celeste F. Bremer |
| PRECISION AUTOMATION, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and Local Rule 41.1, Plaintiff Technical Services, Inc., by and through its counsel, hereby moves for dismissal of all claims in the above-captioned case without prejudice.

Respectfully submitted,

Dated:  January 25, 2006        /s/ R. Scott Johnson
Edmund J. Sease
R. Scott Johnson
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  sease@ipmvs.com
Email:  johnson@ipmvs.com

*ATTORNEYS FOR PLAINTIFF, TECHNICAL SERVICES, INC.*